1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| DANIEL PHELPS, | Case No.  1:14-cv-00689-LJO-SAB |
| Plaintiff, | ORDER DISREGARDING LETTER FROM PLAINTIFF |
| v. | (ECF No. 9) |
| ALEX KOZIOL, et al., | |
| Defendants. | |

9
10
11
12
13
14

On May 9, 2014, Plaintiff Daniel Phelps, proceeding pro se, filed these consolidated actions against Defendants Alex Koziol, Paul Novoa, Victoria A. Siegel, Amanda Boshma, Muhammad Bilal, Jennifer A. Hernandez, Marco Torres, Billy Case, and Daniel K. Schwanz alleging violations of the Fair Trade Act.  On July 24, 2014, the actions were dismissed form Plaintiff's failure to state a claim and judgment was entered.  On August 8, 2014, Plaintiff filed a letter informing the Court that he wished to have his federal actions dismissed.  Plaintiff's letter is HEREBY DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   **August 8, 2014**

UNITED STATES MAGISTRATE JUDGE

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1